UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

KENNETH HALL,

    Plaintiff,

v.                                                                       3:12-cv-19

DR. EDMUND LANE, et al.,

    Defendants.

**MEMORANDUM**

    This is a *pro se* prisoner's civil rights action pursuant to 42 U.S.C. § 1983. On March 7, 2012, the Clerk's Office mailed plaintiff a service packet for defendant Lane. The service packet, which was mailed to plaintiff at his last known address of Knox County Detention Facility, was returned undelivered on March 15, 2012, with the notation "no longer at this address." In the court's initial order, plaintiff was ordered to inform the court immediately of any address changes. Plaintiff was also advised that failure to provide a correct address within ten days following any change of address would result in the dismissal of this action.

    Accordingly, this action will be **DISMISSED WITH PREJUDICE** for plaintiff's failure to prosecute and to comply with the orders of this court. Fed. R. Civ. P. 41(b); *Jourdan v. Jabe*, 951 F.2d 108 (6th Cir. 1991). In addition to the above, the court will

**CERTIFY** that any appeal from this action would not be taken in good faith and would be totally frivolous.  *See* Fed. R. App. P. 24.

**AN APPROPRIATE ORDER WILL ENTER.**

s/ Thomas W. Phillips  
United States District Judge

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

KENNETH HALL,

    Plaintiff,

v.                                                     3:12-cv-19

DR. EDMUND LANE, et al.,

    Defendants.

## JUDGMENT ORDER

In accordance with the accompanying Memorandum, the court **ORDERS** that this action is **DISMISSED WITH PREJUDICE** for failure to prosecute and to comply with the orders of this court. The court further **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous.

**ENTER:**

                                                  s/ Thomas W. Phillips
                                                  United States District Judge

ENTERED AS A JUDGMENT
   s/ *Debra C. Poplin*
    CLERK OF COURT